■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS GARCIA, Appellant. [858 NYS2d 911]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Carroll, J.), rendered September 6, 2006, convicting him of assault in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the prosecutor's summation denied him due process and a fair trial is unpreserved for appellate review, as he either failed to object to remarks he now contests or made only a general objection (*see* CPL 470.05 [2]; *People v Romero,* 7 NY3d 911, 912 [2006]; *People v Small,* 45 AD3d 705 [2007]). In any event, a review of the challenged comments reveals that they were either responsive to defense counsel's summation or fair comment on the evidence (*see People v McHarris,* 297 AD2d 824, 825 [2002]; *People v Russo,* 201 AD2d 512, 513 [1994]).

The defendant's remaining contention is without merit. Mastro, J.P., Rivera, Angiolillo and McCarthy, JJ., concur.